**Dennis Ray GRAVES, Plaintiff—Appellant,**

v.

**SECRETARY OF HEALTH AND HUMAN SERVICES, Defendant—Appellee.**

No. 04–7375.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 14, 2004.

Decided Oct. 22, 2004.

Dennis Ray Graves, Appellant pro se.

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Dennis Ray Graves appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *See Graves v. Sec'y of Health & Human Servs.*, No. CA–04–805–AM (E.D.Va. filed July 28, 2004; entered July 29, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*